# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

**FILED**

**April 23, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

DORRIS M. DARDEN,                      )
                                        )
    Plaintiff/Appellant,            )
                                        )
                                        )    Davidson Chancery
                                        )    No. 95-417-III
VS.                                     )
                                        )    Appeal No.
                                        )    01A01-9610-CH-00458
BILLY J. STOKES, Commissioner           )
of the Tennessee Department of          )
Employment Security, and                )
ALVIN C. YORK VETERANS                  )
MEDICAL CENTER,                         )
                                        )
    Defendants/Appellees.           )

## CONCURRING OPINION

I concur with the results of the court's opinion. The administrative record contains substantial and material evidence supporting the Board of Review's conclusions that Ms. Darden's job did not cause her manic-depressive condition and, therefore, that Ms. Darden left her employment voluntarily and without good cause connected with the work.

_____
WILLIAM C. KOCH, JR., JUDGE